UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THOMAS WHEATON                                                          PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:11-cv-00121-CWR-FKB

COMMISSIONER OF SSA MICHAEL J. ASTRUE                        DEFENDANT


ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States

Magistrate Judge Keith Ball entered on April 19, 2012 and which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to the findings

and recommendations contained within fourteen (14) days from the date of filing would bar further

appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2), and this court,

finding that there has been no submission of written objections by any party, hereby adopts said

Report and Recommendation as the order of this court.

SO ORDERED, this the 3rd day of May, 2012.


                                                    s/Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE